**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 289 EAL 2019
                                    :
                  Respondent        :
                                    :
                                    : Petition for Allowance of Appeal
                                    : from the Order of the Superior Court
        v.                          :
                                    :
                                    :
MARVIN PRICE,                       :
                                    :
                  Petitioner        :


## ORDER


**PER CURIAM**

     **AND NOW**, this 11th day of December, 2019, the Petition for Allowance of Appeal is **DENIED**.